UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-23039-CIV-WILLIAMS
Case No. 14-20454-CIV-WILLIAMS

JOSEPH AQUILA, et al.,

    Plaintiffs,

vs.

MILOS BY COSTAS
SPILIADIS, INC., et al.,

    Defendants.
_____/

DAVID WILLIAMS, et al.,

    Plaintiffs,

vs.

MILOS BY COSTAS
SPILIADIS, INC., et al.,

    Defendants.
_____/

## ORDER CONSOLIDATING CASES AND ADMINISTRATIVELY CLOSING CASE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. Case Numbers 13-CV-23039 and 14-CV-20454 are taken from substantially the same facts alleged against Defendant Milos by Costas Spiliadis, Inc., and the same counsel represents the parties in both cases. Accordingly, pursuant to Federal Rule of Civil Procedure 42(a), the Court hereby **CONSOLIDATES** these cases. The Court **DESIGNATES** Case Number **13-CV-23039** as the lead case, and it is **ORDERED** that all briefs and other pleadings shall be filed under this case number. The Parties are

further **ORDERED** not to file duplicative briefs to the extent it can be avoided. Finally, the Parties are reminded of their continuing obligation to inform this Court of any other cases in this Court that are taken from the same underlying facts. See S.D. Fla. Local Rule 3.8.

The Clerk is directed to **ADMINISTRATIVELY CLOSE** Case Number 14-CV-20454.

**DONE AND ORDERED** in chambers, in Miami, Florida this 21st day of February, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE